[No. 22192-0-III. Division Three. October 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROLLO JOHN WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01932-4, Linda G. Tompkins, J., entered June 18, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 51395-8-I. Division One. October 11, 2004.]

FINANCIAL CONSULTANTS INTERNATIONAL, INC., *Appellant*, v. THE CITY OF MOUNTLAKE TERRACE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-05506-2, Richard J. Thorpe and Linda C. Krese, JJ., entered September 28, 2000, and October 21, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Kennedy, JJ.

[No. 51906-9-I. Division One. October 11, 2004.]

DICK BAKER, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-12903-3, Cheryl B. Carey, J., entered January 31, 2003. *Reversed* by unpublished per curiam opinion.

[Nos. 52324-4-I; 52502-6-I. Division One. October 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGIY M. PESOTSKIY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 02-1-00220-6, Ronald Kessler, J., entered April 15, 2003. *Affirmed* by unpublished per curiam opinion.